# UNITED STATES DISTRICT COURT
for the

District of Nebraska

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Mary E. McDaniel | ) Case No: 4:08CR3142 |
| | ) USM No: 22496-047 |
| Date of Original Judgment: 02/25/2010 | ) |
| Date of Previous Amended Judgment: 10/03/2011 | ) Donald L. Schense |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 151 months **is reduced to** 121 months.

*(Complete Parts I and II of Page 2 when motion is granted)*

As before, the sentence will be served concurrently with the state sentence the defendant is now serving.

Except as otherwise provided, all provisions of the judgment dated 2/25/2010 & 10/03/2011 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 07/02/2011                    s/ Richard G. Kopf
                                          *Judge's signature*

Effective Date: 07/02/2011                Richard G. Kopf, Senior United States District Judge
*(if different from order date)*          *Printed name and title*